IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER CHARLES
STEVENSON,

        Appellant,

 v.                                   Case No.  5D21-2190
                                            LT Case Nos.  2018-CF-913-A

STATE OF FLORIDA,                               2018-CF-912-A

        Appellee.

_____/

Decision filed June 28, 2022

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Kari Jorma Myllynen, of The Law Office
of K.J. Myllynen, Esquier, Land O' Lakes,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, TRAVER and WOZNIAK, JJ., concur.